IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action:     11-cv-00499-MSK-BNB | Date:  June 21, 2012 |
| Courtroom Deputy:    Julie Dynes | FTR: BNB COURTROOM A-401 |

| *Parties* | *Attorney(s)* |
|---|---|
| MARGARET HOLLANDER<br>    **Plaintiff(s)** | *Pro Se* |
| v. | |
| ANTHONY J. ZITO<br>MICHAEL BEITER<br>STEVE COSTA<br>    **Defendant(s)** | |

## COURTROOM MINUTES

**MOTIONS HEARING**

Court in Session:  10:04 a.m.

Appearance of counsel.

Discussion held on claims in case and items relating to [47] Motion for Default Judgment.

**ORDERED:  [47] Motion for Default Judgment is TAKEN UNDER ADVISEMENT. Written recommendation to issue.**

Court in Recess:  10:35 a.m.   Hearing concluded.    Total time in Court: 00:36

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119