IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 11-cv-00499-MSK-BNB

MARGARET HOLLANDER,

    Plaintiff,

v.

ANTHONY J. ZITO,
MICHAEL BEITER,
STEVE COSTA,

    Defendants.

---

# FINAL JUDGMENT

---

In accordance with orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P 58(a), the following Final Judgment is hereby entered.

Pursuant to the Electronic Order filed on July 29, 2013, adopting the Recommendation issued by the Magistrate Judge (**Doc. #58**) to deny the Motion for Default Judgment (**Doc. #47**) and dismissing the plaintiff's Complaint for lack of standing, it is

ORDERED that the Recommendation of Magistrate Judge Boland (**Doc. #58**) is **ADOPTED**.  Plaintiff's case is dismissed.

It is further ORDERED that defendants are AWARDED its costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1, and the case is closed.

DATED at Denver, Colorado this __31st__ day of July, 2013.

                                        FOR THE COURT:
                                        JEFFREY P. COLWELL, CLERK

                                        By: s/ Edward P. Butler
                                        Edward P. Butler, Deputy Clerk